**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX CORTES, | ) NO. CV 12-5755-CJC (MAN) |
|         Petitioner, | ) |
|   v. | ) ORDER ACCEPTING FINDINGS AND |
| FRED FIGUEROA, | ) RECOMMENDATIONS OF UNITED STATES |
|         Respondent. | ) MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), all of the records herein, and the Report and Recommendation of United States Magistrate Judge ("Report"). The time for filing Objections to the Report has passed and no Objections have been filed with the Court. The Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that Judgment shall be entered dismissing this action without prejudice.

        IT IS FURTHER ORDERED that the Clerk serve copies of this Order and the Judgment herein on the parties.

        LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: May 29, 2013.

                                    _____
                                          CORMAC J. CARNEY
                                    UNITED STATES DISTRICT JUDGE