JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAX CORTES,                              )  | NO. CV 12-5755-CJC (MAN) |
|                                         ) | |
|              Petitioner,                ) | |
|                                         ) | |
|       v.                                ) | JUDGMENT |
|                                         ) | |
| FRED FIGUEROA,                          ) | |
|                                         ) | |
|              Respondent.                ) | |
| _____) | |

     Pursuant   to   the   Court's   Order   Accepting   Findings   and
Recommendations of United States Magistrate Judge,


     IT IS ADJUDGED that this action is dismissed without prejudice.


DATED: May 29, 2013.

_____
          CORMAC J. CARNEY
     UNITED STATES DISTRICT JUDGE